UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO: |
|---|---|
| COVENANT ROOFING AND CONSTRUCTION INC | 23-00999-5-JNC |
| DEBTOR | CHAPTER 7 |

**CERTIFICATE OF SERVICE**

I, Qiara McCain, of the law firm Howard, Stallings, From, Atkins, Angell & Davis, P.A., certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age:

That the **ORDER DIRECTING A RULE 2004 EXAMINATION [DE 170]** was mailed to the non-CM/ECF participants as set out below by first class mail.

I certify under penalty of perjury that the foregoing is true and correct.

DATE: August 8, 2023

s/ Qiara McCain
Qiara McCain, Paralegal
P.O. Box 12347
Raleigh, NC 27605

| | |
|---|---|
| Brian C. Behr, Esquire<br>Bankruptcy Administrator<br>*Served via cm/ecf and by email to*<br>*Lesley_Dean@nceba.uscourts.gov and*<br>*Karen_Cook@nceba.uscourts.gov* | Laura Greene<br>Justin Mertz<br>Christopher J. Schreiber<br>*Attorneys for Debtor*<br>*Served via cm/ecf* |
| Covenant Roofing and Construction Inc<br>1023 S. Miami Blvd<br>Durham, NC 27703 | CENTERCARD<br>Attn: MANAGING AGENT OR OFFICER<br>855 106th Ave NE<br>Bellevue, Washington, 98004 |