**VAN–074** Order to Show Cause – Rev. 05/01/2023

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
Covenant Roofing and Construction Inc
1023 S. Miami Blvd
Durham, NC 27703

CASE NO.: 23–00999–5–JNC

DATE FILED: April 11, 2023

TaxID: 46–4259543

CHAPTER: 7

ORDER TO SHOW CAUSE

Based upon the motion for show cause order filed by Centercard,

IT IS ORDERED that Centercard , by and through its officer, appear at the time and place indicated below and show cause, if any there be, as to why party should not be held in contempt for

Comply With Order Directing Rule 2004 Examination

DATE:     Tuesday, February 20, 2024
TIME:     02:30 PM
PLACE:    300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601


DATED: January 29, 2024

                                          Joseph N. Callaway
                                          United States Bankruptcy Judge