United States Bankruptcy Court
Eastern District of North Carolina

In re:  
Covenant Roofing and Construction Inc  
    Debtor

Case No. 23-00999-JNC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0417-5      User: admin      Page 1 of 3  
Date Rcvd: Jan 29, 2024      Form ID: van074      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Centercard, 855 106th Avenue NE, Bellevue, WA 98004-4382 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A Scott McKellar | smckellar@bwsw.com  jtharrington@bwsw.com;asm@trustesolutions.net |
| Aaron Hammer | on behalf of Creditor LEAF Capital Funding  LLC ahammer@hmblaw.com, ecfnotices@hmblaw.com;dwen@hmblaw.com |
| Anthony F. Giuliano | on behalf of Interested Party Samson Funding afg@glpcny.com |
| Benjamin Higgins | on behalf of Creditor U.S. Small Business Administration benjamin.higgins2@usdoj.gov  Usance.bankruptcy@usdoj.gov |
| Brian Behr | on behalf of Bankruptcy Administrator Bankruptcy Administrator brian_behr@nceba.uscourts.gov rick_hinson@nceba.uscourts.gov;lesley_dean@nceba.uscourts.gov;tanya_aycock@nceba.uscourts.gov;karen_cook@nceba.uscourts.gov |

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 2 of 3 |
| Date Rcvd: Jan 29, 2024 | Form ID: van074 | Total Noticed: 1 |

Brian D. Darer
    on behalf of Creditor Family Harvest Church 409A Trust #U2810132 briandarer@parkerpoe.com tracymiller@parkerpoe.com;janatasims@parkerpoe.com;domincacobb@parkerpoe.com

Brian D. Darer
    on behalf of Creditor Family Harvest Church 409A Trust U2810132 briandarer@parkerpoe.com tracymiller@parkerpoe.com;janatasims@parkerpoe.com;domincacobb@parkerpoe.com

Byron L. Saintsing
    on behalf of Interested Party Mid-Atlantic Roofing Supply LLC bsaintsing@smithdebnamlaw.com

Byron L. Saintsing
    on behalf of Creditor Mid-Atlantic Roofing Supply LLC bsaintsing@smithdebnamlaw.com

Christopher J. Schreiber
    on behalf of Debtor Covenant Roofing and Construction Inc cjschreiber@michaelbest.com

Christopher J. Schreiber
    on behalf of Debtor Covenant Solar Tech LLC cjschreiber@michaelbest.com

Cindy G. Oliver
    on behalf of Creditor Dogwood State Bank coliver@longleaflp.com

Cody R. Loughridge
    on behalf of Creditor CED Greentech d/b/a Greentech Renewables cloughridge@bdixon.com

Cody R. Loughridge
    on behalf of Creditor CED cloughridge@bdixon.com

Cody R. Loughridge
    on behalf of Creditor Metro Electric Supply cloughridge@bdixon.com

Cody R. Loughridge
    on behalf of Creditor Consolidated Electrical Distributors Inc. cloughridge@bdixon.com

Dennis R Carrithers
    on behalf of Creditor Prodigy Investments LLC drcbkfile@earthlink.net

James B Angell
    jangelltrustee@hsfh.com jba@trustesolutions.net;slavender@hsfh.com;qmccain@hsfh.com

James B Angell
    on behalf of Interested Party James B. Angell jangelltrustee@hsfh.com jba@trustesolutions.net;slavender@hsfh.com;qmccain@hsfh.com

James B Angell
    on behalf of Trustee James B Angell jangelltrustee@hsfh.com jba@trustesolutions.net;slavender@hsfh.com;qmccain@hsfh.com

James B Angell
    on behalf of Auctioneer Jonathan Noel jangelltrustee@hsfh.com jba@trustesolutions.net;slavender@hsfh.com;qmccain@hsfh.com

James R. Vann
    on behalf of Creditor Beacon Roofing Supply Inc. jrvann@vannattorneys.com, irichardson@vannattorneys.com

James S. Livermon, III
    on behalf of Creditor First Horizon Bank Charlie.livermon@wbd-us.com kim.cone@wbd-us.com

John A. Northen
    on behalf of Creditor Davco Roofing and Sheet Metal LLC jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John C Bircher, III
    on behalf of Interested Party John C. Bircher III Trustee jcb@dhwlegal.com, cweiss@dhwlegal.com;jbircher@ecf.inforuptcy.com;jcb@trustesolutions.net

John C Bircher, III
    on behalf of Trustee John C Bircher III jcb@dhwlegal.com, cweiss@dhwlegal.com;jbircher@ecf.inforuptcy.com;jcb@trustesolutions.net

John C. Bircher, III
    on behalf of Trustee John C Bircher III jcb@dhwlegal.com, jbircher@ecf.inforuptcy.com;cweiss@dhwlegal.com

John C. Bircher, III
    on behalf of Interested Party John C. Bircher III Trustee jcb@dhwlegal.com, jbircher@ecf.inforuptcy.com;cweiss@dhwlegal.com

John C. Bircher, III
    on behalf of Interested Party Covenant Solar Tech LLC jcb@dhwlegal.com, jbircher@ecf.inforuptcy.com;cweiss@dhwlegal.com

John D. Scheflow
    on behalf of Creditor Family Harvest Church 409A Trust #U2810132 jscheflow@gkwwlaw.com

John G. Rhyne

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 29, 2024 | Form ID: van074 | Total Noticed: 1 |

on behalf of Creditor S&G Professional Construction LLC johnrhyne@johnrhynelaw.com, beth@johnrhynelaw.com

Joseph Zachary Frost
  on behalf of Special Counsel Buckmiller Boyette & Frost, PLLC jfrost@bbflawfirm.com, clandis@bbflawfirm.com

Joseph Zachary Frost
  on behalf of Trustee John C Bircher III jfrost@bbflawfirm.com, clandis@bbflawfirm.com

Justin M. Mertz
  on behalf of Debtor Covenant Solar Tech LLC jmmertz@michaelbest.com

Justin M. Mertz
  on behalf of Debtor Covenant Roofing and Construction Inc jmmertz@michaelbest.com

Kevin Sink
  on behalf of Trustee Kevin Sink ksink@waldrepwall.com kls@trustesolutions.net;khayden@waldrepwall.com

Kevin L. Sink
  on behalf of Trustee Kevin Sink ksink@waldrepwall.com khayden@waldrepwall.com;notice@waldrepwall.com;1551568420@filings.docketbird.com

Kiah T. Ford, IV
  on behalf of Creditor Family Harvest Church 409A Trust #U2810132 chipford@parkerpoe.com

Kiah T. Ford, IV
  on behalf of Creditor Family Harvest Church 409A Trust U2810132 chipford@parkerpoe.com

Kirstin E. Gardner
  on behalf of Bankruptcy Administrator Bankruptcy Administrator kirstin_gardner@nceba.uscourts.gov Tanya_aycock@nceba.uscourts.gov;Kylie_Bouplon@nceba.uscourts.gov

Landon Glenn Van Winkle
  on behalf of Creditor Mid-Atlantic Roofing Supply LLC LVanWinkle@smithdebnamlaw.com, kernst@smithdebnamlaw.com

Laura K. Greene
  on behalf of Debtor Covenant Roofing and Construction Inc lkgreene@michaelbest.com adclemens@michaelbest.com;courtmail@michaelbest.com

Laura K. Greene
  on behalf of Debtor Covenant Solar Tech LLC lkgreene@michaelbest.com adclemens@michaelbest.com;courtmail@michaelbest.com

Nancy Edmunds Hannah
  on behalf of Creditor Womack Electric & Supply Company Inc. nhannah@hslc-law.com, nhannah@hscattorneys.com;psheridan@hscattorneys.com;ccochran@hscattorneys.com

Nancy Edmunds Hannah
  on behalf of Creditor American Builders & Contractors Supply Co. Inc. d/b/a ABC Supply Co., Inc. nhannah@hslc-law.com, nhannah@hscattorneys.com;psheridan@hscattorneys.com;ccochran@hscattorneys.com

Pamela P. Keenan
  on behalf of Creditor Ford Motor Credit Company LLC pkeenan@kirschlaw.com

Pamela P. Keenan
  on behalf of Creditor Ally Bank pkeenan@kirschlaw.com

Pamela P. Keenan
  on behalf of Creditor Santander Consumer USA Inc. pkeenan@kirschlaw.com

Richard A. Prosser
  on behalf of Creditor First Horizon Bank Richard.prosser@wbd-us.com kim.cone@wbd-us.com

Richard Preston Cook
  on behalf of Debtor Julian Corbet Hall II capefeardebtrelief@gmail.com, trudy@capefeardebtrelief.com

Richard Preston Cook
  on behalf of Officer Julian C. Hall II capefeardebtrelief@gmail.com, trudy@capefeardebtrelief.com

William P Janvier
  on behalf of Creditor ABC Supply Co. Inc. wjanvier@smvt.com, laura@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com;darlene@janvierlaw.com;lpetruska@smvt.com

Zachary Layne
  on behalf of Creditor American Builders & Contractors Supply Co. Inc. d/b/a ABC Supply Co., Inc. zlayne@hscattorneys.com

TOTAL: 53

**VAN–074** Order to Show Cause – Rev. 05/01/2023

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:  
Covenant Roofing and Construction Inc  
1023 S. Miami Blvd  
Durham, NC 27703  

CASE NO.: 23–00999–5–JNC  

DATE FILED: April 11, 2023  

TaxID: 46–4259543  

CHAPTER: 7  

ORDER TO SHOW CAUSE

Based upon the motion for show cause order filed by Centercard,

IT IS ORDERED that Centercard , by and through its officer, appear at the time and place indicated below and show cause, if any there be, as to why party should not be held in contempt for

Comply With Order Directing Rule 2004 Examination

DATE:      Tuesday, February 20, 2024  
TIME:      02:30 PM  
PLACE:     300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601  

DATED: January 29, 2024

Joseph N. Callaway  
United States Bankruptcy Judge