United States Bankruptcy Court
Eastern District of North Carolina

In re:  
Covenant Roofing and Construction Inc  
    Debtor

Case No. 23-00999-JNC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0417-5     User: admin     Page 1 of 3  
Date Rcvd: Feb 21, 2024     Form ID: pdf014     Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | #+ | Covenant Roofing and Construction Inc, 1023 S. Miami Blvd, Durham, NC 27703-5121 |
| cr | + | Centercard, 855 106th Avenue NE, Bellevue, WA 98004-4382 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 23, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| A Scott McKellar | smckellar@bwsw.com  jtharrington@bwsw.com;asm@trustesolutions.net |
| Aaron Hammer | on behalf of Creditor LEAF Capital Funding  LLC ahammer@hmblaw.com, ecfnotices@hmblaw.com;dwen@hmblaw.com |
| Anthony F. Giuliano | on behalf of Interested Party Samson Funding afg@glpcny.com |
| Benjamin Higgins | on behalf of Creditor U.S. Small Business Administration benjamin.higgins2@usdoj.gov  Usance.bankruptcy@usdoj.gov |
| Brian Behr | |

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 2 of 3 |
| Date Rcvd: Feb 21, 2024 | Form ID: pdf014 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Bankruptcy Administrator Bankruptcy Administrator brian_behr@nceba.uscourts.gov rick_hinson@nceba.uscourts.gov;lesley_dean@nceba.uscourts.gov;tanya_aycock@nceba.uscourts.gov;karen_cook@nceba.uscourts.gov |
| Brian D. Darer | on behalf of Creditor Family Harvest Church 409A Trust #U2810132 briandarer@parkerpoe.com tracymiller@parkerpoe.com;janatasims@parkerpoe.com;domincacobb@parkerpoe.com |
| Brian D. Darer | on behalf of Creditor Family Harvest Church 409A Trust U2810132 briandarer@parkerpoe.com tracymiller@parkerpoe.com;janatasims@parkerpoe.com;domincacobb@parkerpoe.com |
| Byron L. Saintsing | on behalf of Interested Party Mid-Atlantic Roofing Supply  LLC bsaintsing@smithdebnamlaw.com |
| Byron L. Saintsing | on behalf of Creditor Mid-Atlantic Roofing Supply  LLC bsaintsing@smithdebnamlaw.com |
| Christopher J. Schreiber | on behalf of Debtor Covenant Solar Tech LLC cjschreiber@michaelbest.com |
| Christopher J. Schreiber | on behalf of Debtor Covenant Roofing and Construction Inc cjschreiber@michaelbest.com |
| Cindy G. Oliver | on behalf of Creditor Dogwood State Bank coliver@longleaflp.com |
| Cody R. Loughridge | on behalf of Creditor CED Greentech d/b/a Greentech Renewables cloughridge@bdixon.com |
| Cody R. Loughridge | on behalf of Creditor CED cloughridge@bdixon.com |
| Cody R. Loughridge | on behalf of Creditor Metro Electric Supply cloughridge@bdixon.com |
| Cody R. Loughridge | on behalf of Creditor Consolidated Electrical Distributors  Inc. cloughridge@bdixon.com |
| Dennis R Carrithers | on behalf of Creditor Prodigy Investments  LLC drcbkfile@earthlink.net |
| James B Angell | jangelltrustee@hsfh.com  jba@trustesolutions.net;slavender@hsfh.com;qmccain@hsfh.com |
| James B Angell | on behalf of Interested Party James B. Angell jangelltrustee@hsfh.com jba@trustesolutions.net;slavender@hsfh.com;qmccain@hsfh.com |
| James B Angell | on behalf of Trustee James B Angell jangelltrustee@hsfh.com  jba@trustesolutions.net;slavender@hsfh.com;qmccain@hsfh.com |
| James B Angell | on behalf of Auctioneer Jonathan Noel jangelltrustee@hsfh.com jba@trustesolutions.net;slavender@hsfh.com;qmccain@hsfh.com |
| James R. Vann | on behalf of Creditor Beacon Roofing Supply  Inc. jrvann@vannattorneys.com, irichardson@vannattorneys.com |
| James S. Livermon, III | on behalf of Creditor First Horizon Bank Charlie.livermon@wbd-us.com  kim.cone@wbd-us.com |
| John A. Northen | on behalf of Creditor Davco Roofing and Sheet Metal  LLC jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com |
| John C Bircher, III | on behalf of Interested Party John C. Bircher III  Trustee jcb@dhwlegal.com, cweiss@dhwlegal.com;jbircher@ecf.inforuptcy.com;jcb@trustesolutions.net |
| John C Bircher, III | on behalf of Trustee John C Bircher  III jcb@dhwlegal.com, cweiss@dhwlegal.com;jbircher@ecf.inforuptcy.com;jcb@trustesolutions.net |
| John C. Bircher, III | on behalf of Trustee John C Bircher  III jcb@dhwlegal.com, jbircher@ecf.inforuptcy.com;cweiss@dhwlegal.com |
| John C. Bircher, III | on behalf of Interested Party John C. Bircher III  Trustee jcb@dhwlegal.com, jbircher@ecf.inforuptcy.com;cweiss@dhwlegal.com |
| John C. Bircher, III | on behalf of Interested Party Covenant Solar Tech  LLC jcb@dhwlegal.com, jbircher@ecf.inforuptcy.com;cweiss@dhwlegal.com |

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 21, 2024 | Form ID: pdf014 | Total Noticed: 2 |

John D. Scheflow
    on behalf of Creditor Family Harvest Church 409A Trust #U2810132 jscheflow@gkwwlaw.com

John G. Rhyne
    on behalf of Creditor S&G Professional Construction  LLC johnrhyne@johnrhynelaw.com, beth@johnrhynelaw.com

Joseph Zachary Frost
    on behalf of Special Counsel Buckmiller  Boyette & Frost, PLLC jfrost@bbflawfirm.com, clandis@bbflawfirm.com

Joseph Zachary Frost
    on behalf of Trustee John C Bircher  III jfrost@bbflawfirm.com, clandis@bbflawfirm.com

Justin M. Mertz
    on behalf of Debtor Covenant Solar Tech LLC jmmertz@michaelbest.com

Justin M. Mertz
    on behalf of Debtor Covenant Roofing and Construction Inc jmmertz@michaelbest.com

Kevin Sink
    on behalf of Trustee Kevin Sink ksink@waldrepwall.com  kls@trustesolutions.net;khayden@waldrepwall.com

Kevin L. Sink
    on behalf of Trustee Kevin Sink ksink@waldrepwall.com khayden@waldrepwall.com;notice@waldrepwall.com;1551568420@filings.docketbird.com

Kiah T. Ford, IV
    on behalf of Creditor Family Harvest Church 409A Trust #U2810132 chipford@parkerpoe.com

Kiah T. Ford, IV
    on behalf of Creditor Family Harvest Church 409A Trust U2810132 chipford@parkerpoe.com

Kirstin E. Gardner
    on behalf of Bankruptcy Administrator Bankruptcy Administrator kirstin_gardner@nceba.uscourts.gov Tanya_aycock@nceba.uscourts.gov;Kylie_Bouplon@nceba.uscourts.gov

Landon Glenn Van Winkle
    on behalf of Creditor Mid-Atlantic Roofing Supply  LLC LVanWinkle@smithdebnamlaw.com, kernst@smithdebnamlaw.com

Laura K. Greene
    on behalf of Debtor Covenant Roofing and Construction Inc lkgreene@michaelbest.com adclemens@michaelbest.com;courtmail@michaelbest.com

Laura K. Greene
    on behalf of Debtor Covenant Solar Tech LLC lkgreene@michaelbest.com adclemens@michaelbest.com;courtmail@michaelbest.com

Nancy Edmunds Hannah
    on behalf of Creditor Womack Electric & Supply Company  Inc. nhannah@hslc-law.com, nhannah@hscattorneys.com;psheridan@hscattorneys.com;ccochran@hscattorneys.com

Nancy Edmunds Hannah
    on behalf of Creditor American Builders & Contractors Supply Co.  Inc. d/b/a ABC Supply Co., Inc. nhannah@hslc-law.com, nhannah@hscattorneys.com;psheridan@hscattorneys.com;ccochran@hscattorneys.com

Pamela P. Keenan
    on behalf of Creditor Ford Motor Credit Company LLC pkeenan@kirschlaw.com

Pamela P. Keenan
    on behalf of Creditor Ally Bank pkeenan@kirschlaw.com

Pamela P. Keenan
    on behalf of Creditor Santander Consumer USA Inc. pkeenan@kirschlaw.com

Richard A. Prosser
    on behalf of Creditor First Horizon Bank Richard.prosser@wbd-us.com  kim.cone@wbd-us.com

Richard Preston Cook
    on behalf of Officer Julian C. Hall  II capefeardebtrelief@gmail.com, trudy@capefeardebtrelief.com

Richard Preston Cook
    on behalf of Debtor Julian Corbet Hall  II capefeardebtrelief@gmail.com, trudy@capefeardebtrelief.com

William P Janvier
    on behalf of Creditor ABC Supply Co.  Inc. wjanvier@smvt.com, laura@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com;darlene@janvierlaw.com;lpetruska@smvt.com

Zachary Layne
    on behalf of Creditor American Builders & Contractors Supply Co.  Inc. d/b/a ABC Supply Co., Inc. zlayne@hscattorneys.com

TOTAL: 53

**SO ORDERED.**

**SIGNED this 21 day of February, 2024.**

_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:
COVENANT ROOFING AND　　　　　　　　　　　　CASE NO:  23-00999-5-JNC
CONSTRUCTION, INC.
　　　Debtor　　　　　　　　　　　　　　　　　　　　　Chapter 7

### ORDER NOTICING AND REQUIRING ATTENDANCE AT
### SHOW CAUSE HEARING ON CONTEMPT

　　　The matter before the court is the Order (Dkt. 301) and Amended Order (Dkt. 313) to Show Cause, both dated January 29, 2024 (together, the "Orders"), directed against CENTERCARD of Bellevue, Washington, and noticed for hearing on February 20, 2024 at 2:30 p.m. before this court sitting in Raleigh, North Carolina. From the record, it appears and the court finds as follows:

　　　1.  This matter is a core proceeding pursuant to 28 U.S.C. §157, and the court has the full jurisdiction pursuant to 28 U.S.C. §§ 151, 157, and 1334. The court has the authority to hear this matter pursuant to the General Order of Reference entered August 3, 1984, by the United States District Court for the Eastern District of North Carolina.

　　　2.  The debtor herein filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code on April 11, 2023. The case was converted to one under chapter 7 on June 29, 2023.  Mr. James B. Angell of Raleigh, North Carolina, was duly appointed and qualified to hold the office of and act as the Chapter 7 Trustee in it.

　　　3.  On August 7, 2023, at the request of Trustee Angell, the Court entered an Order Directing a Rule 2004 Examination (Dkt. 170; the "Rule 2004 Order"), which compelled and directed CENTERCARD to produce to the Trustee described documents and records pertaining to the debtor and this case. The Rule 2004 Order was served by the Trustee on CENTERCARD by first-class United States mail on August 8, 2023. (Dkt. 193).

5. CENTERCARD failed to respond to the Order Directing a Rule 2004 Examination by producing documents and records, or otherwise communicating with the Trustee. In fact, the Trustee reports that he has had no communications or acknowledgement back from CENTERCARD regarding this matter.

6. Consequently, the Trustee sought and obtained the Orders, which specified that a hearing on noncompliance was set before the court for:

**DATE: Tuesday, February 20, 2024**
**TIME:  02:30 PM**
**PLACE: 300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601**

6. CENTERCARD was duly sent notice of the February 20 hearing, again by first class United States mail, in advance of the hearing. The Trustee heard nothing back from CENTERCARD in response to the Orders. When the matter was called for hearing in open court at the noted date and time, Trustee Angell appeared and was prepared to proceed, but neither CENTERCARD nor an attorney on its behalf appeared at the February 20 hearing.

7. CENTERCARD is and remains in active and continuing default, disobedience, and defiance of the Rule 2004 Order. In addition, CENTERCARD in active and continuing default and defiance of the Orders.  CENTERCARD must therefore appear before the court to explain its failure to obey orders directed to it and show why it should not be held in civil contempt.

**THEREFORE, IT IS HEREBY ORDERED AND DECREED:**

1. CENTERCARD be sanctioned for its failure to appear at the February 20 hearing, and consequently assessed attorney fees of **$500.00** incurred by the Trustee in connection therewith. CENTERCARD is **DIRECTED** to pay the stated amount to Trustee Angell without delay.

2. CENTERCARD is **FURTHER DIRECTED, under pain of contempt**, to submit the documents requested in the Rule 2004 Order (Dkt. 170) forthwith and otherwise comply with the discovery requests contained therein. Such compliance must be completed and noted **by March 12, 2024**.

3. A further hearing on CENTERCARD's noncompliance with the Orders and the Rule 2004 Order is hereby set and noticed for:

   **DATE: Thursday, March 21, 2024**
   **TIME: 11:00 AM**
   **PLACE: 300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601**

4. CENTERCARD is **FURTHER DIRECTED** to appear at that hearing in person through a designated officer, representative, or attorney, to **SHOW CAUSE** as to why: (a) it should not be held in **CIVIL CONTEMPT** for its continuing violations of the Rule 2004 Order and failure to appear per the Orders; (b) the Trustee is not entitled to

further relief including assessment of attorney fees; (c) monetary sanctions in the form of a daily fine should not be imposed; and (d) detention of its representative(s) by United States Marshals should not be compelled in the event of further failure to appear.

5. Within three business days of its entry, the Trustee is directed to serve copies of this order on CENTERCARD by (a) express delivery; (b) additionally, by United States Post Office certified mail, return receipt requested; and (c) electronic means if that information is ascertainable. He is further directed to file proof of such service when made and the results when known prior to the next hearing.

**END OF DOCUMENT**