UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO: |
| COVENANT ROOFING AND CONSTRUCTION INC | 23-00999-5-JNC |
| DEBTOR | CHAPTER 7 |

## WITHDRAWAL OF TRUSTEE'S MOTION FOR SHOW CAUSE ORDER AS TO WHY DURO-LAST, INC. SHOULD NOT BE HELD IN CONTEMPT OF COURT

NOW COMES James B. Angell, Chapter 7 Trustee for Covenant Roofing and Construction, Inc. ("Trustee") by and through undersigned counsel, and withdraws his Motion for an order requiring DURO-LAST, INC. to show cause why it should not be held in contempt of Court for failure to comply with the Order Directing a Rule 2004 Examination (DE 288) filed on January 25, 2024, without prejudice.

DATED: March 21, 2024

> s/ James B. Angell
> James B Angell
> NC State Bar No. 12844
> Howard, Stallings, From,
> Atkins, Angell & Davis, P.A.
> State Bar No. 57970
> P.O. Box 12347
> Raleigh, NC 27605
> Telephone: (919) 821-7700
> Facsimile:  (919) 821-7703
> jangell@hsfh.com
> Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO: |
|---|---|
| COVENANT ROOFING AND CONSTRUCTION INC | 23-00999-5-JNC |
| DEBTOR | CHAPTER 7 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that she is over eighteen (18) years of age and the **WITHDRAWAL OF TRUSTEE'S MOTION FOR SHOW CAUSE ORDER AS TO WHY DURO-LAST, INC. SHOULD NOT BE HELD IN CONTEMPT OF COURT** was this day served upon the below named persons, parties and/or counsel by mailing, postage prepaid, first class mail, a copy of such instruments to such persons, parties and/or counsel at the address shown below or as indicated below:

| | |
|---|---|
| Brian C. Behr, Esquire<br>Bankruptcy Administrator<br>*Served via cm/ecf and by email to Lesley_Dean@nceba.uscourts.gov* | Laura Greene<br>Justin Mertz<br>Christopher J. Schreiber<br>*Attorneys for Debtor*<br>*Served via cm/ecf* |
| Covenant Roofing and Construction Inc<br>1023 S. Miami Blvd<br>Durham, NC 27703 | DURO-LAST, INC.<br>Attn: MANAGING AGENT OR OFFICER<br>1942 Reliable Pkwy<br>Chicago, IL 60686 |
| DURO-LAST, INC.<br>c/o Jason P. Tunney, Registered Agent<br>525 Morley Drive<br>Saginaw, MI 48601 | DURO-LAST, INC.<br>c/o North Carolina Secretary of State, Registered Agent<br>2 South Salisbury Street<br>Raleigh, NC 27601 |

DATED: March 21, 2024

s/Qiara McCain
Qiara McCain, Paralegal.
P.O. Box 12347
Raleigh, NC 27605