UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO: |
| COVENANT ROOFING AND CONSTRUCTION INC | 23-00999-5-JNC |
| DEBTOR | CHAPTER 7 |

## WITHDRAWAL OF TRUSTEE'S MOTION FOR SHOW CAUSE ORDER AS TO WHY
## CENTERCARD SHOULD NOT BE HELD IN CONTEMPT OF COURT

NOW COMES James B. Angell, Chapter 7 Trustee for Covenant Roofing and Construction, Inc. ("Trustee") by and through undersigned counsel, and withdraws his Motion for an order requiring CENTERCARD to show cause why it should not be held in contempt of Court for failure to comply with the Order Directing a Rule 2004 Examination (DE 286) filed on January 25, 2024 without prejudice.

DATED: March 21, 2024

s/ James B. Angell
James B Angell
NC State Bar No. 12844
Howard, Stallings, From,
Atkins, Angell & Davis, P.A.
State Bar No. 57970
P.O. Box 12347
Raleigh, NC 27605
Telephone: (919) 821-7700
Facsimile:  (919) 821-7703
jangell@hsfh.com
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO: |
|---|---|
| COVENANT ROOFING AND CONSTRUCTION INC | 23-00999-5-JNC |
| DEBTOR | CHAPTER 7 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that she is over eighteen (18) years of age and the **WITHDRAWAL OF TRUSTEE'S MOTION FOR SHOW CAUSE ORDER AS TO WHY CENTERCARD SHOULD NOT BE HELD IN CONTEMPT OF COURT** was this day served upon the below named persons, parties and/or counsel by mailing, postage prepaid, first class mail, a copy of such instruments to such persons, parties and/or counsel at the address shown below or as indicated below:

| | |
|---|---|
| Brian C. Behr, Esquire<br>Bankruptcy Administrator<br>*Served via cm/ecf and by email to Lesley_Dean@nceba.uscourts.gov* | Laura Greene<br>Justin Mertz<br>Christopher J. Schreiber<br>*Attorneys for Debtor*<br>*Served via cm/ecf* |
| Covenant Roofing and Construction Inc<br>1023 S. Miami Blvd<br>Durham, NC 27703 | CENTERCARD<br>Attn: MANAGING AGENT OR OFFICER<br>855 106th Ave NE<br>Bellevue, Washington, 98004 |

DATED: March 21, 2024

s/Qiara McCain
Qiara McCain, Paralegal.
P.O. Box 12347
Raleigh, NC 27605